LAW OFFICES OF THOMAS F. LIOTTI et al., Appellants, v DONALD FELIX et al., Respondents.

Submitted February 22, 2016; decided April 5, 2016

Motion for reargument of motion for leave to appeal denied [see 26 NY3d 1097 (2016)].

Chief Judge DiFIORE and Judge GARCIA taking no part.

DENNIS LEE, Also Known as LEE MAN FOR DENNIS, Respondent, v CHUN KA LUK, Appellant.

Submitted February 1, 2016; decided April 5, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.